**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| LM INSURANCE CORPORATION, | ) |
| | ) Case No. |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| SMART FRAMING CONSTRUCTION | ) |
| LLC and ANGEL GUTIERREZ | ) |
| CASTILLO, a/k/a ANGEL TORRES, a/k/a | ) |
| ANGEL TORRES GUTIERREZ, | ) |
| | ) |
| Defendants. | ) |

**COMPLAINT FOR DECLARATORY JUDGMENT**

Pursuant to Rule 57 of the Federal Rules of Civil Procedure and 28 U.S.C. § 2201, Plaintiff LM Insurance Corporation, by and through its attorneys of record, seeks a declaratory judgment that a workers compensation and employers liability insurance policy issued to Defendant Smart Framing Construction LLC provides no coverage for a workers compensation claim by Defendant Angel Gutierrez Castillo (a/k/a Angel Torres and Angel Torres Gutierrez), and further states and alleges:

**PARTIES**

1.      Plaintiff LM Insurance Corporation is an Illinois insurance company with its principal place of business located in Massachusetts.  For purposes of diversity of citizenship jurisdiction, therefore, Liberty is a citizen of Illinois and Massachusetts.

2.      Defendant Smart Framing Construction LLC is, upon information and belief, a Kansas limited liability company with its principal place of business in Kansas.  Its sole member is Cesar Rocha, an individual resident of Olathe, Johnson County, Kansas.  For purposes of diversity of citizenship jurisdiction, therefore, Smart Framing Construction LLC is a citizen of Kansas.

"

3. Defendant Angel Gutierrez Castillo, also known as Angel Torres and/or Angel Torres Gutierrez (hereinafter, "Castillo"), is, upon information and belief, an individual resident of Jackson County, Missouri.  For purposes of diversity of citizenship jurisdiction, therefore, he is a citizen of Missouri.

## JURISDICTION AND VENUE

4. Jurisdiction is proper pursuant to 28 U.S.C. § 1332, because this dispute is between citizens of different states, and the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.

5. Venue is proper in this District pursuant to 28 U.S.C. § 1391(a), because a substantial part of the events giving rise to this dispute occurred in this District.

6. This is an action for a Declaratory Judgment pursuant to 28 U.S.C. § 2201.

## FACTUAL ALLEGATIONS

7. LM Insurance Corporation issued to Smart Framing Construction LLC a workers compensation and employers liability insurance policy, no. WC5-39S-735042-013, with a policy period, as amended, of January 14, 2023 to April 11, 2023 (the "Policy").

8. A true and correct copy of the Policy is attached hereto as Exhibit A.

9. The Policy was delivered to Smart Framing Construction LLC in Olathe, Johnson County, Kansas.

10. The Policy is comprised of Part One – Workers Compensation Insurance and Part Two – Employers Liability Insurance.

11. Upon information and belief, on February 27, 2023 Castillo sustained bodily injury in an accident at a jobsite in Jackson County, Missouri (the "Accident").

12.     Castillo subsequently filed claims for workers compensation benefits under Kansas law as well as Missouri law, and LM General Insurance Corporation subsequently began to pay him such benefits under Kansas law.

13.     LM General Insurance Corporation subsequently has learned, upon information and belief, that Castillo was paid for his work on such jobsite by Cesar Rocha, individually, and not by Smart Framing Construction LLC.

14.     At the time of the Accident, Castillo thus was not an employee of Smart Framing Construction LLC.

15.     The Policy provides in part:

**GENERAL SECTION** . . . .

**B. Who is Insured**

You are insured if you are an employer named in Item 1 of the Information Page.  If that employer is a partnership, and if you are one of its partners, you are insured, but only in your capacity as an employer of the partnership's employees.

**C. Workers Compensation Law**

Workers Compensation Law means the workers or workmen's compensation law and occupational disease law of each state or territory named in Item 3.A. of the Information Page. . . .

**PART ONE – WORKERS COMPENSATION INSURANCE**

**A. How This Insurance Applies**

This workers compensation insurance applies to bodily injury by accident or bodily injury by disease . . . .

1.  Bodily injury by accident must occur during the policy period. . . .

**B. We Will Pay**

We will pay promptly when due the benefits required of you by the workers compensation law.

3

"

**C. We Will Defend**

> We have the right and duty to defend at our expense any claim, proceeding or suit against you for benefits payable by this insurance. We have the right to investigate and settle these claims, proceedings or suits.  We have no duty to defend a claim, proceeding or suit that is not covered by this insurance.

16.     Item 1 of the Information Page identifies the employer as Smart Framing Construction LLC, a limited liability company.

17.     Cesar Rocha is not identified as the employer or otherwise identified as an insured by the Policy.

18.     A real and present controversy is presented, in that LM Insurance Corporation has paid and continues to pay workers compensation benefits to Castillo.

19.     Liberty has paid in excess of $1.26 million at the time of this filing in the form of such benefits for medical care and treatment as well as expenses, with ongoing payments including, but not limited to, $560.00 per week for lost wages and $400.00 per week for home health aide assistance.

20.     Accordingly, the amount in controversy exceeds $75,000, exclusive of costs and interest.

**COUNT I**
**FOR A JUDGMENT DECLARING THAT**
**THE POLICY DOES NOT AFFORD COVERAGE.**

21.     Plaintiff realleges and incorporates by reference paragraphs 1-20.

22.     The Policy does not afford any coverage for Castillo's workers compensation claim, in that he was not employed by the insured named in the Policy at the time of the Accident.

23.     Accordingly, LM Insurance Corporation has no obligation to defend or indemnify Smart Framing Construction LLC with respect to Castillo's workers

4

compensation claim or to pay any further workers compensation benefits with respect to such claim.

WHEREFORE, pursuant to Rule 57 of the Federal Rules of Civil Procedure and 28 U.S.C. § 2201, Plaintiff LM Insurance Corporation requests that the Court enter its judgment declaring that the Policy provides no coverage for Angel Gutierrez Castillo's workers compensation claim and, therefore, that LM Insurance Corporation has no obligation to defend or indemnify Smart Framing Construction LLC with respect to Angel Gutierrez Castillo's workers compensation claim or to pay any further workers compensation benefits with respect to such claim.

WALLACE SAUNDERS

/s/ Angela M. Clark
Angela M. Clark       KS #21141
10111 W. 87th St.
Overland Park, KS 66212
Phone 913.888.1000
Fax 913.888.1065
aclark@wallacesaunders.com
ATTORNEYS FOR PLAINTIFF

3247969380\3"